1  **Paul Mankin, Esq. (264038)**
2  **Law Offices of Paul Mankin, IV**
   **4655 Cass St. Suite 410**
3  **San Diego, CA 92109**
   **Phone: 619-312-6385**
4  **Fax: 866 633-0228**
5  **pmankin@paulmankin.com**
   **Attorney for Plaintiff**
6

7              **UNITED STATES DISTRICT COURT**
8           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PHUONGQ NGUYEN, an individual,** | **Case No. 2:17-cv-04954-RGK-MRW** |
| **Plaintiff,** | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **SYNCHRONY BANK, and DOES 1 through 10, inclusive,** | |
| **Defendant.** | |

**TO THIS HONORABLE COURT:**

Plaintiff Phuongq Nguyen and Defendant Synchrony Bank stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 10th Day of May, 2018
By: /s/Paul Mankin, IV
       **Law Offices of Paul Mankin, IV**
       Attorney for Plaintiff

By: /s/ Raagini Shah
       **Reed Smith LLP**
       Attorney for Defendant

# **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Central District of California, I, Paul Mankin, IV, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Paul Mankin IV*
Paul Mankin IV

**Filed electronically on this 10th day of May, 2018 with:**

**United States District Court CM/ECF system**

**Notification sent electronically via the Court's ECF system to:**

**The Honorable Michael R. Wilner**
**California District Court**
**Central District of California**

**Raagini Shah, Esq.**
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071-1514
213-457-8000 Attorney for Defendant

**This 10th day of May 2018**

**/s/Paul Mankin**
**Paul Mankin, IV**