JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUONGQ NGUYEN, an individual, | Case No. **2:17-cv-04954-RGK-MRW** |
| Plaintiff, | **ORDER** |
| vs. | |
| SYNCHRONY BANK, and DOES 1 through 10, inclusive, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this 11th day of May 2018

_____

The Honorable ~~Michael R. Wilner~~
R. Gary Klausner

Order to Dismiss - 1